

Jun 16, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**15-20453-CR-KING/TORRES**

Case No._____

21 U.S.C. § 963
21 U.S.C. § 959(a)(2)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JUAN CARLOS ARVIZU HERNANDEZ,
    a/k/a "Banchi," and
ABRAHAM HERIBERTO GONZALEZ ALDRETE,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in and around February of 2014, and continuing through the date of the filing of this indictment, in the countries of Colombia, Venezuela, Honduras, Guatemala, Mexico, and elsewhere, the defendants,

JUAN CARLOS ARVIZU HERNANDEZ,
a/k/a "Banchi," and
ABRAHAM HERIBERTO GONZALEZ ALDRETE,

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United

States Code, Section 963.

With respect to defendants **JUAN CARLOS ARVIZU HERNANDEZ, a/k/a "Banchi" and ABRAHAM HERIBERTO GONZALEZ ALDRETE,** the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about June 28, 2014, in the countries of Colombia, Venezuela, Honduras, and elsewhere, the defendants,

**JUAN CARLOS ARVIZU HERNANDEZ,
a/k/a "Banchi," and
ABRAHAM HERIBERTO GONZALEZ ALDRETE,**

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **JUAN CARLOS ARVIZU HERNANDEZ, a/k/a "Banchi" and**

**ABRAHAM HERIBERTO GONZALEZ ALDRETE** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 959(a)(2) or 963, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

JUAN CARLOS ARVIZU HERNANDEZ,              **CERTIFICATE OF TRIAL ATTORNEY***
    a/k/a "Banchi," and
ABRAHAM HERIBERTO GONZALEZ ALDRETE,

**Defendants.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s)         Yes ____  No ____
                                        Number of New Defendants ____
_X_  Miami      ____ Key West           Total number of counts   ____
___  FTL        ____ WPB        ___ FTP

         I do hereby certify that:

   1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of
         probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this
         Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
         Act, Title 28 U.S.C. Section 3161.

   3.    Interpreter:    (Yes or No)    Yes
         List language and/or dialect   Spanish

   4.    This case will take   5-7   days for the parties to try.

   5.    Please check appropriate category and type of offense listed below:
         (Check only one)                       (Check only one)

         I    0 to 5 days      ____              Petty     ____
         II   6 to 10 days     _X_               Minor     ____
         III  11 to 20 days    ____              Misdem.   ____
         IV   21 to 60 days    ____              Felony    _X_
         V    61 days and over ____

   6.    Has this case been previously filed in this District Court?   (Yes or No)   No
         If yes:
         Judge: _____    Case No. _____
         (Attach copy of dispositive order)
         Has a complaint been filed in this matter?   (Yes or No)   No
         If yes:
         Magistrate Case No.
         Related Miscellaneous numbers:   _____
         Defendant(s) in federal custody as of   _____
         Defendant(s) in state custody as of   _____
         Rule 20 from the                      District of _____

         Is this a potential death penalty case? (Yes or No)   No

   7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office
         prior to October 14, 2003?       ____ Yes   _X_ No

   8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office
         prior to September 1, 2007?      ____ Yes   _X_ No

                                          _____
                                          MONIQUE BOTERO
                                          ASSISTANT UNITED STATES ATTORNEY
                                          FLORIDA BAR No. 722286

*Penalty Sheet(s) attached                                           REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JUAN CARLOS ARVIZU HERNANDEZ</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to distribute cocaine knowing it would be imported into the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\*Max. Penalty:** Life Imprisonment

Count #: 2

<u>Distribution of cocaine knowing it would be imported into the United States</u>

<u>Title 21, United States Code, Section 959(a)(2)</u>

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>**ABRAHAM HERIBERTO GONZALEZ ALDRETE**</u>

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Distribution of cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 959(a)(2)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**